>Hearing set for 1:30 PM
>Hearing started 1:42 PM
>Hearing ended 2:12 PM

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS:**

**HONORABLE AIDA M. DELGADO COLON, U.S. DISTRICT JUDGE**

| | |
|---|---|
| COURTROOM DEPUTY: Génesis Y. Rivera-Soto | Date: September 6, 2022 |
| Court Reporter: Amy Walker | Case 22-cr-213 (ADC) |

Attorneys:

| | |
|---|---|
| UNITED STATES OF AMERICA | AUSA Pedro R. Casablanca-Sagardia |
| v. | |
| (1) Carlos Manuel Cotto-Cruz | Francisco J. Adams-Quesada, Esq. *(Substituted by Raul S. Mariani-Franco, Esq.)* |
| (2) Hector Luis Santiago Medina | Allan A. Rivera-Fernandez, Esq. |
| (3) Luis Daniel Garcia Hernandez | Javier Micheo-Marcial, Esq. |
| (4) Jermaine Calderon-Echevarria | Luis R. Rivera-Rodriguez, Esq. |
| (5) Victor Isaac Del Valle-Rivera | Jennie M. Espada-Ocasio, Esq. |
| (6) Luis Manuel Ortiz-Romero | Michael Raymond Hasse, Esq. |
| (7) Jose Luis Castro-Vazquez | Saul Roman-Santiago, Esq. |
| (8) Fabian Nieves-Rosales | Marie L. Cortes-Cortes, Esq. |
| (9) Karem Lynette Varcarcel-Cruz | Luis R. Rivera-Rodriguez, Esq. |
| (10) Pedro Alejandro Ocasio-Hernandez | Raul S. Mariani-Franco, Esq. |
| (11) Giovanni Andres Reyes-Cruz | Raymond L. Sanchez-Maceira, Esq. |
| (12) Luis Manuel Vega-Quiles | Hector J. Dauhajre-Rodriguez, Esq. *(Connected at 1:50 PM)* |
| (13) Luis Nike Santiago-Medina | Ramon L. Garay-Medina, Esq. |
| (14) Gabriel Casanova-Yales | Richard O. Dansoh, Esq. |
| (15) Fernando Ian Canino-Ortiz | Edwin E. Leon-Leon, Esq. |

| | |
|---|---|
| (16) Carlos J. Santos-Diaz | Miguel A. Rodriguez-Robles, Esq. |
| (17) Juan Ruiz-Diaz | Jason Gonzalez-Delgado, Esq. |
| (18) Ruben Figueroa-Rodriguez | Diego H. Alcala-Laboy, Esq. |
| (19) Luis Miguel Munoz-Lopez *(LF)* | |
| (20) Luis Alberto Cintron-Collazo | Luis E. Tomassini-Segarra, Esq. |
| (30) Julio Angel Galarza-Rosado | Jose L. Novas-Debien, Esq. |
| (40) Keyshla Michelle Rodriguez-Acevedo | Allan A. Rivera-Fernandez, Esq. |

Case called for Status Conference:

The Government informed the Court that general discovery was provided and some additional documents will be added to the same by next week. AUSA Casablanca stated that these additional documents are some reports that were pending which the law enforcement agency provided. Furthermore, AUSA Casablanca indicated that notice of availability of individual discovery was sent and attorneys for defendants no. 10, 11, 13, 15, 16, and 17 are yet to pick-up the same. The government is scheduling proffer meetings during the month of September and it anticipates that by the end of the month each defendant will have received a proffer of the evidence. Once proffer sessions are completed, the government will be tendering individual plea offers to all attorneys. Lab reports are still pending and, upon the Court's inquiry, the government will verify with the agents the amount of drug labs pending as well as cellphone extractions, if any, and will be filing an informative motion thereafter. In addition, AUSA Casablanca stated that he is willing to speak with the agents at the FBI Office to coordinate evidence inspections. The Court instructed the government to provide two sessions for the evidence inspections (two in the morning and two in the afternoon) and for an attendance list per session to be filed by means of an informative motion upon conclusion of the sessions or the inspection in full. The Court will deem waived the opportunity to an evidence inspection if attorneys do not attend any of the sessions.

**As to defendant Carlos Manuel Cotto-Cruz (1):** Case was called in conjunction with Cr. Nos. 19-381-01 and 21-320-01 as to this defendant. The parties intend to reach a joint agreement which will dispose of all three cases and requested additional time to engage in this matter. A meeting will take place before the end of September with the parties and the AUSAs' supervisors to reach a plea agreement which could resolve all three cases. The Court imposed the following setting as to all three cases for defendant Carlos M. Cotto-Cruz (1): **Status Conference is set for November 1, 2022 at 1:00 PM via VTC.**

**Hector Luis Santiago Medina (2) and Keyshla Michelle Rodriguez-Acevedo (40):** Attorney Allan Rivera indicated discovery was picked-up and reviewed and he already has a proffer meeting scheduled with the government. In addition, defense counsel stated that he will probably file a dispositive motion on behalf of defendant Keyshla Michelle Rodriguez-Acevedo (40) regarding search and seizure in the police intervention, but counsel needs to gather more information and evidence as to that matter.

**Victor Isaac Del Valle-Rivera (5):** On September 3, 2022, defense counsel sent an e-mail to all three prosecutors in the case concerning a clerical error in the individual discovery related to the defendant's criminal history and requested for it to be corrected and re-sent. Attorney Espada also requested a proffer session concerning the testimonial evidence against her client and indicated that she is awaiting the

government's response. Counsel informed she received the medical document produced by MDC and her statements were heard as to the defendant's current condition.

**Luis Manuel Ortiz-Romero (6):** Attorney Hasse mentioned that a picture of his client in Buffalo, New York has probably came up as an alibi. He requested a proffer session with the government to analyze his client's involvement with the evidence and have some discussions.

**Fabian Nieves-Rosales (8):** Once attorney Cortes meets with the prosecutors for a proffer, she will verify with them whether her client's prior federal case, 20-cr-438-02 (SCC), is relevant or related in any way to the case at bar.

**Pedro Alejandro Ocasio-Hernandez (10):** Attorney Mariani requested a proffer session with the government to discuss whether the local murder case is related in any way to the case at bar and, if so, how that may impact the plea negotiations.

**Giovanni Andres Reyes-Cruz (11):** Counsel Sanchez received general discovery and will be picking-up the individual discovery tomorrow. He has already scheduled a proffer session with AUSA Casablanca for this Friday to discuss the case.

**Luis Manuel Vega-Quiles (12):** Attorney Dauhajre stated he has already scheduled a proffer session with AUSA Casablanca for September 15, 2022.

**Gabriel Casanova-Yales (14):** Counsel Dansoh informed discovery was received and reviewed with his client. The defendant had questions regarding some issues with the transcripts; however, counsel stated he could resolve the matter with the government. Defense counsel indicated that he would need to meet first with the prosecutor and, thereafter, have a proffer session set.

**Fernando Ian Canino-Ortiz (15):** Counsel Leon requested a proffer session to verify if the case at bar and case 20-cr-438-01 (SCC) are related in any way. Defendant is pending to be sentenced in judge Carreño-Coll's case and counsel has discussed that matter with his client.

**Carlos J. Santos-Diaz (16):** Counsel Rodriguez indicated he has already scheduled a proffer session with the government and is going to pick-up the individual discovery tomorrow.

**Juan Ruiz-Diaz (17):** Attorney Gonzalez has already scheduled a proffer session with the government. Counsel already picked-up the individual discovery; it has been reviewed and discussed with the defendant.

**Ruben Figueroa-Rodriguez (18):** Counsel Alcala will be picking up the individual discovery tomorrow and is in the process of emailing AUSA Casablanca to request a proffer meeting.

**Luis Alberto Cintron-Collazo (20):** Attorney Tomassini mentioned he already picked-up the individual discovery; he is in the process of reviewing and discussing it with his client. Counsel has already scheduled a proffer session with AUSA Casablanca for September 15, 2022.

**Julio Angel Galarza-Rosado (30):** Attorney Novas informed he has already scheduled a proffer session with AUSA Casablanca.

After having heard the parties, the Court imposed the following deadlines and setting:

- **By September 16, 2022, the government shall file an informative motion indicating the status of the lab reports or any extractions that may be pending.**

- **Change of Plea Motions due by November 8, 2022.**

- **Status Conference is set for November 8, 2022, at 5:00 PM via VTC.**

By this date, all proffer sessions and discussions of discovery must have been completed.

Attorneys Allan A. Rivera-Fernandez and Jose L. Novas-Debien were excused by the Court for the Status Conference set for tomorrow 9/7/2022 as to the remaining defendants (Nos. 21 - 41).

*S/ Génesis Y. Rivera-Soto*
Courtroom Deputy Clerk