| | |
|---|---|
| UNITED STATES OF AMERICA<br>    Plaintiff,<br><br>v.<br><br>RUBÉN FIGUEROA RODRÍGUEZ<br>    Defendant. | Criminal no. 22-213 (ADC) |

**MOTION FOR A CONTINUANCE**

**TO THE HONORABLE COURT:**

Comes now the defendant, Mr. Figueroa Rodríguez, and respectfully states and prays as follows:

1. Mr. Figueroa Rodríguez is scheduled to appear at his change of plea hearing on May 26, 2023. (*See* Docket Entry #495).

2. The undersigned has a personal matter scheduled for that same day and is unavailable to appear on that day.

3. The undersigned requests the change of plea hearing be advanced or continued for a different date in the month of May 2023.

4. The undersigned notes that he is already scheduled to appear before this Court on May 9, 2023, for another COP hearing, in case US v. Josue Reyes Vélez, case number 21-132 (RAM).

5. The undersigned also informs that if the above-mentioned date, he is available on: May 16, May 18, May 22-25, 2023, at any time.

6. AUSA Cordero was consulted and has no objection to the requested continuance.

**WHEREFORE**, Mr. Figueroa Rodríguez respectfully requests that this motion is granted and that the Court sets the change of plea hearing for the month of May.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 1st day of May 2023.

**I HEREBY CERTIFY**, that on this date the present document has been filed electronically and is available for viewing and downloading from the Court's CFM/ECF system by U.S. Attorney's Office.

*s/ Diego H. Alcalá Laboy*
Diego H. Alcalá Laboy
PO Box 12247
Tel.: (787) 432-4910
USDC-PR No. 300504
dalcala@defensorialegal.com