**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| UNITED STATES OF AMERICA<br>    Plaintiff,<br>                    v.<br><br>RUBÉN FIGUEROA RODRÍGUEZ<br>    Defendant. | Criminal no. 22-213 (ADC) |

**AMENDED MOTION FOR A CONTINUANCE**

**TO THE HONORABLE COURT:**

Comes now the defendant, Mr. Figueroa Rodríguez, and respectfully states and prays as follows:

1. Mr. Figueroa Rodríguez filed a motion to continue. (*See* Docket Entry #496).

2. Inadvertently, the undersigned included an incorrect date in which he will be before this Court.

3. The correct date for which the undersigned has another change of plea, in case US v. Saul Montalvo Mulero, case #22-205 (FAB) is May 15, 2023.

**WHEREFORE**, Mr. Figueroa Rodríguez respectfully requests that this motion is noted and that the Court sets the change of plea hearing for the month of May.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 1st day of May 2023.

**I HEREBY CERTIFY**, that on this date the present document has been filed electronically and is available for viewing and downloading from the Court's CFM/ECF system by U.S. Attorney's Office.

*s/ Diego H. Alcalá Laboy*
Diego H. Alcalá Laboy
PO Box 12247
Tel.: (787) 432-4910
USDC-PR No. 300504
dalcala@defensorialegal.com